317 So.2d 505

In re Doris COOKS

v.

STATE of Alabama.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

SC 1040.

Supreme Court of Alabama.

May 22, 1975.

William J. Baxley, Atty. Gen., and Kermit M. Downs, Asst. Atty. Gen., for the State, petitioner.

MADDOX, Justice.

Affirmed on the authority of *Ex Parte State of Alabama ex rel. Attorney General (In re Edwards v. State of Alabama), 294 Ala. 358, 317 So.2d 512, decided May 22, 1975 and Ex Parte State of Alabama ex rel. Attorney General (In re Clemmons v. State of Alabama), 294 Ala. 746, 321 So.2d 238, decided May 22, 1975.*

Affirmed. Ala.Cr.App., 55 Ala.App. 537, 317 So.2d 504.

HEFLIN, C. J., MERRILL, BLOODWORTH, JONES, SHORES and EMBRY, JJ., and COLQUITT, Circuit Judge, sitting specially, concur.

FAULKNER, J., dissents.

ALMON, J., not sitting.